AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Apr 23, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY (Plaintiff/Counter Defendant) <br> *Plaintiff* <br> v. <br> PUGET SOUND QUALITY CONSTRUCTION INC. (Defendant/Counter Claimant) and JOSE LUIS CADENAS CUEVAS (Defendant) <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:24-CV-00370-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No 19, and to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell.

Date: 4/23/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony